UNITED STATES of America, Plaintiff–Appellee,

v.

Ernesto ALVARADO, Defendant–Appellant.

No. 03–41106.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 20, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

John Raymond DeLeon, Andrew M. Cohen, Chicago, IL, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Ernesto Alvarado appeals his sentence following a guilty plea to possession with intent to distribute cocaine. *See* 21 U.S.C. § 841(a)(1), (b)(1)(A). Alvarado challenges the district court's finding that he did not meet the requirement of the "safety valve" provision, U.S.S.G. § 5C1.2(a)(5), that he truthfully provide the Government with all information and evidence he had concerning the offense. Because Alvarado was found not credible, the district court did not err in finding that Alvarado did not meet the safety valve criteria in U.S.S.G. § 5C1.2 which would qualify him for a two-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

level downward adjustment pursuant to U.S.S.G. § 2D1.1(b)(6). *See United States v. Solis,* 169 F.3d 224, 226 (5th Cir.1999); *United States v. Flanagan,* 80 F.3d 143, 145–47 (5th Cir.1996).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.